Kendrick Manning | **Repayment Agreement and Order** | No: 7:18-CR-00006-001

On May 9, 2018, Kendrick Manning was sentenced to 60 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Manning. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.      As a result of the judgment entered against me on May 9, 2018, I have been ordered to pay a total restitution of $2,020,029.41 (joint and several with Shailesh Dave, Case 7:16-CR-18-001) and a special assessment of $100.00.

2.      On July 16, 2021, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on May 13, 2019. The current balance of my restitution is $2,017,536.36.

3.      After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties.  Beginning on the 1st day of February 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $25.00 per month during the term of supervision.

_____     01/24/2024
Kendrick Manning                                               Date

_____     01/24/2024
Gerald M. Bazell, U.S. Probation Officer                    Date

_____     01/24/2024
Assistant U.S. Attorney                                        Date

**THE COURT ORDERS:**

☒ Approval     ☐ Disapproval

s/Hugh Lawson
_____
Hugh Lawson
Senior U.S. District Judge

1/29/2024
_____
Date